**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01833-RPM

THE B.H.S. COMPANY, LLP,

    Plaintiffs,

v.

PEERLESS INDEMNITY INSURANCE COMPANY, an Illinois Corporation,
COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire Corporation, and
LIBERTY MUTUAL GROUP, INC., a Massachusetts Corporation,

    Defendants.
_____

**ORDER RE: STIPULATED MOTION FOR DISMISSAL OF COLORADO CASUALTY**
**INSURANCE COMPANY AND LIBERTY MUTUAL GROUP, INC.**
**AND TO AMEND CAPTION**
_____

    THE COURT, having reviewed the Parties' Stipulated Motion for Dismissal of Colorado Casualty Insurance Company and Liberty Mutual Insurance Company, and being fully advised in the premises and good cause shown therefor,

    HEREBY ORDERS that the Motion is hereby GRANTED.  Colorado Casualty Insurance Company and Liberty Mutual Group, Inc. are hereby dismissed without prejudice, and the caption shall be amended to remove Colorado Casualty Insurance Company and Liberty Mutual Group, Inc. as defendants.

    DONE this 1st day of October, 2014.

                      BY THE COURT

                        s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge