# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01833-RPM

THE B.H.S. COMPANY, LLP,

    Plaintiffs,

  v.

PEERLESS INDEMNITY INSURANCE COMPANY, an Illinois Corporation,

    Defendant.

## ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice, and the Court, having reviewed the Stipulation, the file, and being otherwise fully advised in the premises,

HEREBY ORDERS that that the Stipulation of Dismissal with Prejudice is GRANTED, with each party to pay his, her, or its own attorneys' fees and costs.

DONE this 19th day of February, 2015.

        BY THE COURT

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge